UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: CHAPTER 7 CASE

Scott M Baker  CASE NO. 10-36430
Gabriela T Baker
              Debtors.  ORDER

_____

This case came before the court on the motion of US Bank, seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated April 18, 2005, executed by Scott M Baker and Gabriela T Baker husband and wife , recorded on June 13, 2005, as Document No. 450816, covering real estate located in Chisago County, Minnesota, legally described as:

Lot 26 Block 1 Thurnbeck Ponds Townhomes 2nd Addition, Common Interest Community No 16 according to the recorded plat thereof and situate in Chisago County Minnesota
And commonly known 25554 Forest Boulevard Lane, Wyoming, Minnesota 55092

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: November 10, 2010

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/10/2010*
Lori Vosejpka, Clerk, by SKM